**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**V** **CR. NO. 04-120S**

**JACINTO GARCIA**

**DEFENDANT'S MOTION TO EXTEND TIME FOR TRIAL AND JURY EMPANELMENT**

Now comes the Defendant in the above-entitled matter and moves for a continuance for his trial and jury empanelment to and through August 17, 2005. The Assistant United States Attorney, Adi Goldstein, is aware of this request and does not have an objection.

CERTIFICATION PURSUANT TO 18 USC Section 3161 (h)

Pursuant to Rule 12(f) of the local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h) (1) (f), of an uncertain amount.

Defendant,
By his attorney,

JOHN J. BEVILACQUA, ESQ. #0420
380 Broadway
Providence, RI 02909
Phone: (401) 274-7444
Fax: (401) 274-5566

**CERTIFICATION**

I hereby certify that on this 24th day of June 2005, I mailed or hand delivered a copy of the foregoing to Adi Goldstein, Esq. at the Office of the United States Attorney, 8th Floor, Fleet Center, Providence, Rhode Island 02903.

jacinto garcia.doc/#JB3/motions