**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR04-120S** **July 27, 2005**

**TITLE: USA V. JACINTO GARCIA**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 3:15 p.m. - 3:50 p.m.**

---

**COUNSEL PRESENT:** **Government - Adi Goldstein, AUSA**
**Defendant - John Bevilacqua, Esquire**
**Probation - Dennis Jenkins**

**RE: Change of Plea Hearing**

**Proceedings: All counsel of record present; Defendant present; Defendant sworn; waiver read; Government summarizes the terms of the plea agreement; Defendant agrees to the terms of the plea agreement; Government sets forth the facts and the elements of the case and what they could prove if this matter were to go to trial; Defendant agrees to the elements and the facts of this case; Defendant pleas guilty to Count I; Court finds the defendant fully competent and accepts the plea of guilty; Sentencing set for Friday, October 21, 2005 at 2:00 p.m.; Defendant to remain in custody.**