**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
DEC 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : Cr. No. 04-00120
:
JACINTO GARCIA :

**GOVERNMENT'S MOTION TO SEAL**

Comes now the United States of America, by and through its attorney, the United States Attorney for the District of Rhode Island, and respectfully moves this Court to seal the attached documents for the reasons stated in the supporting memorandum.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

By: ____________________
ADI GOLDSTEIN
Assistant United States Attorney

GRANTED
____________________
William E. Smith
U.S. District Judge
12/21/05